M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2008 JAN 23 A 9:29

William Lanier Ellis Sr. )
Full name and prison name of )
Plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 3:08-CV-54-WKW
Dr Steven J Lucks )  (To be supplied by Clerk of U.S. District
 )  Court)
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☒  NO ☒

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

      Plaintiff(s) William J Ellis

      Defendant(s) Dr. Stu warr, Tina Riley, Danney Bussey, Loetta Holland, Jahn stil

      2. Court (if federal court, name the district; if state court, name the county)
      U.S Middle Dist Court of Alabama.

3. Docket number _3_

4. Name of judge to whom case was assigned _Susan Russ Walker_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _Pending_

6. Approximate date of filing lawsuit _Oct 16, 2007_

7. Approximate date of disposition _unknown_

II. PLACE OF PRESENT CONFINEMENT _Prentiss L Griffith_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _4820 Armour Rd. / 24B Gannett Rd. Phenix City Al._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                               ADDRESS

1. _Dr. Steven J Lucks_   _4820 Armour Rd Columbus Ga. 31902_

2.

3.

4.

5.

6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Sept 10, 2006  Oct 10, 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _The plaintiff was on an extreme amount of Schedule two narcotics, from Dr Lucks_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Sept 10 2006 Dr Fuchs had an emergency call from his patient. Rather than take the call he refused to talk to or treat his patient. The plaintiff was under an extreme amount of mental anguish and requested to talk to his physician. The medical center wanted to admit the plaintiff for suicidal problems.

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

release all Dr Lucks to give a full accounting of his actions, and medical records, as he is still obligated to his patient under the patient Bill of rights. answer to the 8TH Amendment for the cruel act of refusing his patient while in need of medical treatment.

_William Lanier Ellis Sr._
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 1/21/08
(Date)

_William Lanier Ellis Sr_
Signature of plaintiff(s)

Ground One

Dr Lucks utterly refused his patient because it was the weekend and made no recomendation to his patient.

Furthermore rather than treat his patient the following monday he refused to see him in his office. On Sept 24, he refilled the patients medication and referred him to another Doctor.

Under the patients Bill of Rights he was obligated to treat his patient and to make sure his patient was in fact in a Stable mind. As required by state law, to notify his patient By Certified mail that he or she is formally released as a patient.

None of these events took place. Moreover Dr Lucks refused to release the patients medical record to him. As required by the Federal privacy act of 1975.

All of these events will tie in to Case No. 3:07-CV-920 MHT, along with the alleged events of Sept 28, 2006, Oct 5 2006.

RECEIVED 2008 JAN 23 A 9:29 DEBRA P. HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA

c/o William Ellis
Russell County Jail
P.O. Box 640
36868

Office of the Clerk
P.O. Box 711
Montgomery AL 36101

MONTGOMERY AL 361
22 JAN 2008 PM 3
USA 41