IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:08-CV-54-WKW |
| | ) |
| DR. STEVEN J. LUCKS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

The plaintiff, a county inmate, filed a 42 U.S.C. § 1983 action in which he presents challenges to medical treatment provided to him by Dr. Steven J. Lucks in September and October of 2006. Upon review of the complaint, and to ensure appropriate management of the complaint by this court, it necessary that the plaintiff file an amendment to his complaint. Accordingly, it is

ORDERED that on or before February 8, 2008 the plaintiff shall file an amendment to his complaint that:

1. States whether he was incarcerated during the time the actions about which complains occurred.

2. Identifies whether the defendant is a private physician from whom plaintiff sought medical treatment.

In response to the directives of this order, the plaintiff is advised that he must set forth

**short and plain statements**. Each response should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*.

The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 25th day of January, 2008.

                                              /s/ Susan Russ Walker
                                    SUSAN RUSS WALKER
                                    UNITED STATES MAGISTRATE JUDGE