In the United States District Court for the
Middle District of Alabama.
Eastern Division

Plaintiff
William Lanier Ellis Sr.

vs.

Defendant
Dr. Steven J Lucks

Case No. 3:08-CV-54-WKW

2008 JAN 31 A 0:06
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

---

(Motion to Amend)

Comes now the plaintiff, William L Ellis Sr. in response to an order of this Court.

(1) The plaintiff was not incarcerated at the time of of said actions. Furthermore reflects the mental strain of the plaintiff

(2) Dr. Steven J Lucks is a private physician whom the plaintiff was being treated by.

Submitted this 29TH day of January

William Lanies Ellis Sr.