IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-54-WKW |
| ) | |
| DR. STEVEN J. LUCKS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to the Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 5th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE