| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  McCray     ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Dr. Steven J. Jucks<br>4820 Armour Road<br>Columbus, GA  31902<br><br>08cv54  S,C, Amdmt, ₍₆₎⁰ | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail    ☐ Express Mail<br>  ☐ Registered       ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)       ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0026 7371 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540