UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

William Lanier Ellis, Sr.

RESPONSE TO SUMMONS IN A CIVIL ACTION

V.

Dr. Steven J. Lucks

CASE NUMBER: 3:08-cv-00054-WKW

I. PREVIOUS LAWSUITS

    A. No

    B. No

    C. 1)     Plaintiff     William L. Ellis

                Defendant     Steven J. Lucks

        2)     US District Court    Middle District of Alabama

        3)     Docket number    3

        4)     Judge Name    Susan Russwalker

        5)     Disposition    Pending

        6)     Date of Filing Lawsuit    10-16-2007

        7)     Date of Diposition    Unknown

II.     PLACE OF PRESENT CONFINEMENT    Prentiss L. Griffith

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED

4820 Armour Road   Suite A-7   Columbus, GA   31904

III.   NAME AND ADDRESS OF THE INDIVIDUAL PLAINTIFF ALLEGES VIOLATED HIS CONSTITUTIONAL RIGHTS   Steven J. Lucks, M.D.

4820 Armour Road   Suite A-7

Columbus, GA   31904

IV.   DATE UPON VIOLATION OCCURRED   September 10, 2006/October 10. 2006

V.   RESPONSE TO THE GROUNDS FOR WHICH ALLEGATION IS BASED

Not Guilty

RESPONSE TO THE FACTS THAT SUPPORTS THIS GROUND

I, Steven J. Lucks, M.D. am responding to the civil suit served upon me, as noted above. Mr. Ellis was first seen in my office on 11-10-05 and last seen in my office on 08-31-06.

Mr. Ellis was terminated from my practice on 9-11-06, following notification from my message service on that date (SEE EXHIBIT #3) that he was having a nervous breakdown and was suicidal. He refused to be admitted on 9-10-06 to the psychiatric department for his numerous psychological problems, which I was unaware of on 11-10-05.

I was treating the patient for chronic low back pain, (SEE EXHIBIT #4) migraine headaches, a seizure disorder, chronic anxiety, panic attacks, and insomnia. Mr. Ellis signed a pain management contract (SEE EXHIBIT #2) with me on 11-10-05. He had broken the contract by not taking his meds as directed. Legally, I was allowed to terminate him as a patient following his attempt at suicide, not taking his meds as directed, AND PATIENT LEAVING THE MEDICAL CENTER ON 9-10-06, NON-COMPLIACE TO ADMISSISION SUGGESTED BY ER PHYSICIANS. The

termination letter was sent out to Mr. Ellis on Monday, 9-11-06, and subsequently returned to my office at an unknown later date.
(SEE EXHIBIT #1)

I only work Monday through Friday, 8am to 5pm. All emergency cases are referred to the ER for further evaluation and treatment. The suicide call occurred on a Sunday. I am not obligated to give a patient his or her medical records if any of the contents may lead to an unstable psychological outcome. Mr. Ellis was told to have his new physician fax a letter directly to my office and his medical records would be sent to that physician within a two-week period of time. Our office never received any such request.

However, on 9-15-06, 9-20-06, and 9-25-06, Mr. Ellis called the office for medication refills. On the first two dates he was refused these refills because of the recent suicide attempt. On 9-25-06, Mr. Ellis was given his last prescriptions from our office. He was again told to find another physician to care for his multiple health concerns. I have no knowledge of any communication between Mr. Ellis and my office or myself on 10-10-06.

My last recorded communication regarding Mr. Ellis was from the Lee County Detention Center in Alabama on 11-28-06 (SEE EXHIBIT #5). My nurse told the medical staff that Mr. Ellis had been terminated from our practice because of drug abuse and also related to them what meds he had been taking at the time of his termination from our practice.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE TO DO FOR YOU.
Dismiss this Frivolous Civil Lawsuit

_____
Signature of Defendant

I declare under penalty of perjury that the forgoing is true and correct.
Executed on May 16, 2008.

_____
Signature of Defendant

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Eastern_____ DIVISION

RECEIVED
2008 MAY 23 A 10: 39

**CERTIFICATE OF SERVICE**

I, _Steven J. Lucks, M.D._, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. Mail_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _19_ day of _May_ 2008, to:

_William Lanier Ellis, Sr._
_Russell County Jail_
_P.O. Box 640_
_Phenix City, AL 36868_

_5-19-08_
Date                              Signature

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

PHENIX CITY AL 36868    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.17 | 0508 |
| Certified Fee | $2.70 | 03 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.07 | 05/19/2008 |

Sent To: William Lanier Ellis Sr.
Street, Apt. No.; or PO Box No.: Russell County Jail
City, State, ZIP+4: P.O. Box 640 Phenix City AL 36868

7006 2150 0001 7957 3276

---

```
            USPS COLUMBUS MPO
            COLUMBUS, Georgia
                319071264
             1254920508 -0098
05/19/2008     (800)275-8777    12:36:23 PM
================================================
                 Sales Receipt
Product            Sale    Unit        Final
Description        Qty     Price       Price

PHENIX CITY AL 36868                   $1.17
Zone-2 First-Class
Large Env
3.00 oz.
  Return Rcpt (Green Card)             $2.20
  Certified                            $2.70
  Label #:        70062150000179573276
                                       =====
  Issue PVI:                           $6.

ATLANTA GA 30329 Zone-2                $4.80
Priority Mail
10.80 oz.
                                       =====
  Issue PVI:                           $4.80
                                       -----
Total:                                $10.87

Paid by:
Cash                                  $20.00
Change Due:                           -$9.13

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000201851630
Clerk: 03

       All sales final on stamps and postage.
       Refunds for guaranteed services only.
             Thank you for your business.
************************************************
************************************************
             HELP US SERVE YOU BETTER

        Go to: http://gx.gallup.com/pos

         TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

            YOUR OPINION COUNTS
************************************************
************************************************

                              Customer Copy
```



**STEVEN J. LUCKS, M.D.**
ARMOUR ROAD FAMILY MEDICINE

TELEPHONE: (706) 320-9959
FAX: (706) 320-9950

09/11/06

*Exhibit #1*

William L. Ellis
5730 Hodges Drive #6
Columbus, GA 31909

Dear Mr. Ellis,

    I find it necessary to inform you that I will no longer be your personal physician and I am withdrawing from further professional services upon you. Since your condition requires medical attention, I suggest that you place yourself under the care of another physician without delay. If you desire, I shall be available to attend to you for emergency services for a reasonable time after you receive this letter, but in no event more than thirty days.

    This should give you ample time to select a physician of your choice from the many competent physicians in the city. At that time, you may request to have your case history and information along with your diagnosis and treatments sent to your new physician. This information will be forwarded within two weeks after that request has been received.

    I wish you health and happiness in the future.

Sincerely,

Steven J. Lucks, M.D.




**ARMOUR ROAD FAMILY MEDICINE**

Steven J. Lucks, M.D.
4820 Armour Road, Suite A4 • Columbus, GA 31904
Telephone (706) 320-9959

Exhibit #2

# Consent for Chronic Opioid Therapy

*A consent form from the American Academy of Pain Medicine*

Dr. **Lucks** is prescribing opioid medicine, sometimes called narcotic analgesics, to me for a diagnosis of **Low Back Pain / OA / LE Radiculopathy / Myopathy / M Spasms**

This decision was made because my condition is serious or other treatments have not helped my pain.

I am aware that the use of such medicine has certain risks associated with it, including, but not limited to: sleepiness or drowsiness, constipation, nausea, itching, vomiting, dizziness, allergic reaction, slowing of breathing rate, slowing of reflexes or reaction time, physical dependence, tolerance to analgesia, addiction and possibility that the medicine will not provide complete pain relief.

I am aware about the possible risks and benefits of other types of treatments that do not involve the use of opioids. The other treatments discussed included:
_____N/A_____
_____
_____

I will tell my doctor about all other medicines and treatments that I am receiving.

I will not be involved in any activity that may be dangerous to me or someone else if I feel drowsy or am not thinking clearly. I am aware that even if I do not notice it, my reflexes and reaction time might still be slowed. Such activities include, but are not limited to: using heavy equipment or a motor vehicle, working in unprotected heights or being responsible for another individual who is unable to care for himself or herself.

I am aware that certain other medicines such as nalbuphine (Nubain™), pentazocine (Talwin™), buprenorphine (Buprenex™), and butorphanol (Stadol™), may reverse the action of the medicine I am using for pain control. Taking any of these other medicines while I am taking my pain medicines can cause symptoms like a bad flu, called a withdrawal syndrome. I agree not to take any of these medicines and to tell any other doctors that I am taking an opioid as my pain medicine and can't take any of the medicines listed above.

I am aware that addiction is defined as the use of a medicine even if it causes harm, having cravings for a drug, feeling the need to use a drug and a decreased quality of life. I am aware that the chance of becoming addicted to my pain medicine is very low. I am aware that the development of addiction has been reported rarely in medical journals and is much more common in a person who has a family or personal history of addiction. I agree to tell my doctor my complete and honest personal drug history and that of my family to the best of my knowledge.

I understand that physical dependence is a normal, expected result of using these medicines for a long time. I understand that physical dependence is not the same as addiction. I am aware physical dependence means that if my pain medicine use is markedly decreased, stopped or reversed by some of the agents mentioned above, I will experience a withdrawal syndrome. This means I may have any or all of the following: runny nose, yawning, large pupils, goose bumps, abdominal pain and cramping, diarrhea, irritability, aches throughout my body and a flu-like feeling. I am aware that opioid withdrawal is uncomfortable but not life threatening.

I am aware that tolerance to analgesia means that I may require more medicine to get the same amount of pain relief. I am aware that tolerance to analgesia does not seem to be a big problem for most patients with chronic pain, however, it has been seen and may occur to me. If it occurs, increasing doses may not always help and may cause unacceptable side effects. Tolerance or failure to respond well to opioids may cause my doctor to choose another form of treatment.

(**Males only**) I am aware that chronic opioid use has been associated with low testosterone levels in males. This may affect my mood, stamina, sexual desire and physical and sexual performance. I understand that my doctor may check my blood to see if my testosterone level is normal.

(**Females only**) If I plan to become pregnant or believe that I have become pregnant while taking this pain medicine, I will immediately call my obstetric doctor and this office to inform them. I am aware that, should I carry a baby to delivery while taking these medicines, the baby will be physically dependent upon opioids. I am aware that the use of opioids is not generally associated with a risk of birth defects. However, birth defects can occur whether or not the mother is on medicines and there is always the possibility that my child will have a birth defect while I am taking an opioid.

I have read this form or have had it read to me. I understand all of it. I have had a chance to have all of my questions regarding this treatment answered to my satisfaction. By signing this form voluntarily, I give my consent for the treatment of my pain with opioid pain medicines.

Patient signature _[signature]_                                    Date 11/10/05

Witness to above _Alicia Orlich_

*Approved by the AAPM Executive Committee on January 14, 1999.*

AAPM
4700 W. Lake Avenue
Glenview, IL 60025-1485
847/375-4731
Fax 847/375-6331
E-mail aapm@amctec.com
http://www.painmed.org/

© 1999 **American Academy of Pain Medicine**




**ARMOUR ROAD FAMILY MEDICINE**

Steven J. Lucks, M.D.
4820 Armour Road, Suite A4 • Columbus, GA 31904
Telephone (706) 320-9959

# Long-term Controlled Substances Therapy for Chronic Pain

*A consent form from the American Academy of Pain Medicine*

The purpose of this agreement is to protect your access to controlled substances and to protect our ability to prescribe for you.

The long-term use of such substances as opioids (narcotic analgesics), benzodiazepine tranquilizers, and barbiturate sedatives is controversial because of uncertainty regarding the extent to which they provide long-term benefit. There is also the risk of an addictive disorder developing or of relapse occurring in a person with a prior addiction. The extent of this risk is not certain.

Because these drugs have potential for abuse or diversion, strict accountability is necessary when use is prolonged. For this reason the following policies are agreed to by you, the patient, as consideration for, and a condition of, the willingness of the physician whose signature appears below to consider the initial and/or continued prescription of controlled substances to treat your chronic pain.

1. All controlled substances must come from the physician whose signature appears below or, during his or her absence, by the covering physician, unless specific authorization is obtained for an exception. (Multiple sources can lead to untoward drug interactions or poor coordination of treatment.)

2. All controlled substances must be obtained at the same pharmacy, where possible. Should the need arise to change pharmacies, our office must be informed. The pharmacy that you have selected is: ___CVS - 280___    phone: ___297-6498___

3. You are expected to inform our office of any new medications or medical conditions, and of any adverse effects you experience from any of the medications that you take.

4. The prescribing physician has permission to discuss all diagnostic and treatment details with dispensing pharmacists or other professionals who provide your health care for purposes of maintaining accountability.

5. You may not share, sell, or otherwise permit others to have access to these medications.

6. These drugs should not be stopped abruptly, as an abstinence syndrome will likely develop.

7. Unannounced urine or serum toxicology screens may be requested, and your cooperation is required. Presence of unauthorized substances may prompt referral for assessment for addictive disorder.

8. Prescriptions and bottles of these medications may be sought by other individuals with chemical dependency and should be closely safeguarded. It is expected that you will take the highest possible degree of care with your medication and prescription. They should not be left where others might see or otherwise have access to them.

9. Original containers of medications should be brought in to each office visit.

10. Since the drugs may be hazardous or lethal to a person who is not tolerant to their effects, especially a child, you must keep them out of reach of such people.

11. Medications may not be replaced if they are lost, get wet, are destroyed, left on an airplane, etc. If your medication has been stolen and you complete a police report regarding the theft, an exception may be made.

12. Early refills will generally not be given.

13. Prescriptions may be issued early if the physician or patient will be out of town when a refill is due. These prescriptions will contain instructions to the pharmacist that they not be filled prior to the appropriate date.

14. If the responsible legal authorities have questions concerning your treatment, as might occur, for example, if you were obtaining medications at several pharmacies, all confidentiality is waived and these authorities may be given full access to our records of controlled substances administration.

15. It is understood that failure to adhere to these policies may result in cessation of therapy with controlled substance prescribing by this physician or referral for further specialty assessment.

16. Renewals are contingent on keeping scheduled appointments. Please do not phone for prescriptions after hours or on weekends.

17. It should be understood that any medical treatment is initially a trial, and that continued prescription is contingent on evidence of benefit.

18. The risks and potential benefits of these therapies are explained elsewhere [and you acknowledge that you have received such explanation].

19. You affirm that you have full right and power to sign and be bound by this agreement, and that you have read, understand, and accept all of its terms.

_____          _____
Physician Signature                                        Patient Signature

_11-10-2005_                                                _William Ellis_
Date                                                                Patient Name (Printed)

*Approved by the AAPM Executive Committee on April 2, 2001.*

AAPM
4700 W. Lake Avenue
Glenview, IL  60025-1485
847/375-4731   Fax 877/734-8750
E-mail  aapm@amctec.com
Web site  http://www.painmed.org/

© 2001 **American Academy of Pain Medicine**

```
ACCT> 9090
```
```
SCHEDULED DELIVERY>   DELIVERED MESSAGES

FROM> 9/8 1:09pm TO> 9/11 8:10am

************************* ACCOUNT: 9090   PAGE: 004 *************************

>> MSG: 0001 IN> ZRN Sun 9/10 11:02am OUT> ZRN Sun 9/10 11:22am TO> WESTLY

         GET CALLERS NAME, NUMBER, PT NAME, AND PROBLEM
0001 SL> WILLIAM ELLIS  334 448 6279   HAVING A NERVOUS BREAK
         DOWN  WANT TO KILL HIM SELF
HAVE CALLR SPELL THE NAME
CALLER ID #   334 448-6279


************************* ACCOUNT: 9090   PAGE: 004 *************************

>> MSG: 0002 IN> LEX Sun 9/10 7:45pm OUT> ACF Sun 9/10 7:56pm TO> JUST
INFORMING US

         GET CALLERS NAME, NUMBER, PT NAME, AND PROBLEM
0002 SL> WILLIAM ELLIS, 334 448 6279, HAVING A NERVOUS BREAK
         DOWN, SUICIDAL *IS OK NOW, WANTED TO LET US KNOW*
HAVE CALLR SPELL THE NAME
CALLER ID #   334 448-6279

******************************* Send Complete *******************************
```

Exhibit #3

**HORIZON COLUMBUS, LLC**
1975 Veterans Parkway
Columbus, GA 31904
Phone: (706) 653-8303
Fax: (706) 653-8584

PATIENT: William Ellis
DATE OF BIRTH: 05/09/70
DATE OF EXAM: 10/05/05
PATIENT#: 157342

REFERRING PHYSICIAN:
Dr. Anthony Ditaranto

Fax: 324-5233

*Exhibit #4*

EXAM: MRI OF THE LUMBAR SPINE

CLINICAL HISTORY: Lower back and neck pain, hit by high voltage line.

FINDINGS: Vertebrae have normal height and marrow signal.

L1-2: Loss of disk hydration.

L2-3 and L3-4: Unremarkable.

L4-5: Loss of disk height and hydration with disk bulge and spondylosis indenting the anterior thecal sac. Posterolateral disk bulge in combination with facet arthropathy narrows the neural foramina.

L5-S1: Disk bulge incompletely effaces the ventral epidural fat. Facet arthropathy is noted bilaterally.

The conus medullaris and paraspinous tissues appear unremarkable.

IMPRESSION:

1. L1-2: LOSS OF DISK HYDRATION.
2. L4-5: LOSS OF DISK HEIGHT AND HYDRATION WITH DISK BULGE AND SPONDYLOSIS INDENTING THE ANTERIOR THECAL SAC. POSTEROLATERAL DISK BULGE IN COMBINATION WITH FACET ARTHROPATHY NARROWS THE NEURAL FORAMINA.
3. L5-S1: DISK BULGE INCOMPLETELY EFFACES THE VENTRAL EPIDURAL FAT. FACET ARTHROPATHY IS NOTED BILATERALLY.

MARK J. TIMKEN, MD
MJT/met
DICTATED NOT SIGNED

*[handwritten notes:]*
10/6/05 discussed results by phone pt at 3:40pm

a.m. 10/6/05 To Dr. Ditaranto, MD for Review

P- T4 ī-ii q 6° PRN, pain #70. Dr
called to K-Mart Airport Thruway @ 322-51[...]
pt. notified

 

**SHERIFF OF LEE COUNTY**

**JAY JONES**

P.O. BOX 688
OPELIKA, AL 36803-0688

E-mail: lcso@mindspring.com

Phone (334) 749-5651
Fax (334) 749-4835

# Lee County Detention Center

## Fax Cover Sheet

Date: 11/28/06
Time: 1400

Attention: 1) D. Luks  Fax 706 320-9950
2) " Smith @ St. Francis Hosp  706 596-4261
RE: 3) Ditaranto  Fax 706 324-5233

Number of Pages: _____

From: Medical Department
    Nursing Staff
Phone: (334) 737-3590 or 3591
Fax: (334) 737-3574

Exhibit #5