**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM LANIER ELLIS, SR.** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **CASE NO. 3:08-cv-00054-WKW** |
| | ] | |
| **DR. STEVEN J. LUCKS,** | ] | |
| | ] | |
| **Defendant.** | ] | |

**NOTICE OF APPEARANCE**

COME NOW Attorneys, E. Ham Wilson, Jr. and Emily C. Marks of the law firm of

Ball Ball, Matthews & Novak, P.A., and enter their Notice of Appearance for Defendant Dr.

Steven J. Lucks in the above-referenced case.

Done this 24th day of June, 2008.

Respectfully submitted,

/s/ E. Ham Wilson, Jr.
E. Ham Wilson, Jr. (WIL070)

/s/ Emily C. Marks
Emily C. Marks (CO064)
Attorneys for Defendant Dr. Steven J.
Lucks.

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
hwilson@ball-ball.com

CERTIFICATE OF SERVICE

I hereby certify that on this June 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Manual Notice List

William Lanier Ellis, Sr. (Pro Se)
Russell County Jail
P.O. Box 640
Phenix City, AL 36868

/s/ E. Ham Wilson, Jr.
OF COUNSEL