**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM LANIER ELLIS, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:    3:08-cv-00054-WKW** |
| | ) | |
| **DR. STEVEN J. LUCKS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

**COMES NOW,** the defendant, Steven J. Lucks, M.D., in the above-captioned matter, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This Party is an individual.

/s/      E. Hamilton Wilson, Jr.
E. HAMILTON WILSON, JR.
One of the Attorneys for the Defendant.

1

2

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that on June 25, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Manual Notice List

William Lanier Ellis, Sr. (Pro Se)
Russell County Jail
P.O. Box 640
Phenix City, AL 36868

/s/ E. Ham Wilson, Jr.
OF COUNSEL