IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR. | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ] CASE NO. 3:08-cv-00054-WKW |
| | ] |
| DR. STEVEN J. LUCKS, | ] |
| | ] |
| Defendant. | ] |

### DEFENDANT'S MOTION TO AMEND ANSWER

COMES NOW Defendant Steven J. Lucks, M.D., by and through his attorney, and respectfully requests that this Honorable Court allow the Defendant to file an Amended Answer to the Plaintiff's Complaint, and as grounds for, states the following:

1. The Plaintiff herein filed a pro se Complaint against this Defendant on or about January 23, 2008 stating claims arising out of an alleged physician/patient relationship. On or about May 16, 2008, Defendant Lucks filed a pro se responsive pleading to the Plaintiff's Complaint.

2. The undersigned attorney has recently been retained to represent Dr. Lucks in this matter and filed a Notice of Appearance on June 24, 2008.

3. Pursuant to the Court's Scheduling Order entered herein on May 29, 2008, all motions to amend pleadings must be filed on or before July 2, 2008.

4. In order to protect the rights and interests of the Defendant, an Amended Answer is necessary and appropriate. A copy of the proposed Amended Answer is attached hereto.

WHEREFORE, Defendant prays that this Honorable Court will enter an order allowing him to file an Amended Answer to the Plaintiff's Complaint.

**MOTION GRANTED**

THIS _30th_ DAY OF _June_, 20 _08_

_/s/_
UNITED STATES MAGISTRATE JUDGE