IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM LANIER ELLIS, SR.** ] | |
| ] | |
|     **Plaintiff,** ] | |
| ] | |
| v. ] | **CASE NO. 3:08-cv-00054-WKW** |
| ] | |
| **DR. STEVEN J. LUCKS,** ] | |
| ] | |
|     **Defendant.** ] | |

## AMENDED ANSWER

COMES NOW Defendant Steven J. Lucks, M.D., by and through his attorneys of record, and amends his previously submitted responsive pleading filed herein by adding the following:

1.    Plaintiff's Complaint fails to state a claim against Defendant Lucks upon which relief can be granted.

2.    Defendant Lucks denies each and every material allegation contained in the Plaintiff's Complaint and demands strict proof thereof.

### FIRST DEFENSE

Any medical care and services rendered by this Defendant to the Plaintiff met or exceeded the applicable standard of care.

### SECOND DEFENSE

Defendant Lucks pleads the applicable provisions of the Alabama Medical Liability Act of 1987 and specifically pleads in defense to this action and asserts the applicability of the provisions of § 6-5-542 through 6-5-552, *Code of Alabama*.

## THIRD DEFENSE

1. The Plaintiff suffered no injury or damage as a result of the acts of which he complains.

2. To the extent the Plaintiff suffered any injury or damage he has failed to mitigate his alleged damages or losses.

## FOURTH DEFENSE

Defendant Lucks pleads lack of subject matter jurisdiction.

## FIFTH DEFENSE

Defendant Lucks avers that the Plaintiff's complaint is due to be dismissed due to the failure to comply with the requirements of Section 6-5-551, Code of Alabama, 1975 as amended.

## SIXTH DEFENSE

Defendant Lucks pleads the general issue.

## SEVENTH DEFENSE

Defendant Lucks denies any causal relationship between any alleged wrongful conduct on his part and any alleged damages or injuries claimed in the Plaintiff's complaint.

## EIGHTH DEFENSE

Defendant Lucks pleads lack of personal jurisdiction.

## NINTH DEFENSE

Defendant avers that he is not guilty of any violation of the Plaintiff's constitutional rights.

## TENTH DEFENSE

Defendant is immune from liability based upon discretionary function immunity.

<u>ELEVENTH DEFENSE</u>

The Defendant pleads substantive and official capacity immunity.

<u>TWELFTH DEFENSE</u>

The Plaintiff has failed to exhaust his administrative remedies.

    Respectfully submitted,

    <u>/s/ E. Ham Wilson, Jr.</u>
    E. Ham Wilson, Jr.

    <u>/s/ Emily C. Marks</u>
    Emily C. Marks
    Attorneys for Defendant Dr. Steven J. Lucks.

<u>OF COUNSEL:</u>
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
(334)387-7680

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this June 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Manual Notice List

William Lanier Ellis, Sr. (Pro Se)
Russell County Jail
P.O. Box 640
Phenix City, AL 36868

                                                        /s/ Emily C. Marks___
                                                        OF COUNSEL