IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM LANIER ELLIS, SR.** ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | CASE NO. 3:08-cv-00054-WKW |
| ] | |
| **DR. STEVEN J. LUCKS,** ] | |
| ] | |
| Defendant. ] | |

### DEFENDANT'S REQUEST FOR PLAINTIFF TO PROVIDE CONTACT INFORMATION OR IN THE ALTERNATIVE MOTION TO DISMISS

COMES NOW Defendant Steven J. Lucks, M.D., by and through his attorneys of record, and respectfully requests this Honorable Court to issue an order requiring the Plaintiff to provide the court and the defendant his correct contact information where he can be properly served with pleadings in this case and provide his resident address, or in the alternative, issue an order dismissing this case for want of prosecution, and as grounds for, states the following:

1. This Defendant recently filed a Notice of Appearance, Motion to Amend Answer, and an Amended Answer, copies of which were served on Plaintiff William Lanier Ellis at the Russell County Jail, P.O. Box 640, Phenix City, Alabama 36868.

2. All served pleadings on the Plaintiff have been returned, as indicated on the attached envelopes (Exhibit A), stating that Mr. Ellis is no longer at said address.

3. Apparently, the Plaintiff has failed to inform the Court of his whereabouts and how he can be contacted concerning this litigation.

4. The Court has issued a scheduling order in this matter requiring that all dispositive motions be filed no later than August 18, 2008 and that all discovery be completed no later than September 18, 2008.

WHEREFORE, Defendant prays that this Honorable Court will enter an order requiring the Plaintiff to immediately provide information concerning where he might be contacted and served with copies of appropriate pleadings and discovery requests, or in the alternative, issue an order dismissing this case for want of prosecution.

Respectfully submitted,

/s/ E. Ham Wilson, Jr.
E. Ham Wilson, Jr.

/s/ Emily C. Marks
Emily C. Marks
Attorneys for Defendant Dr. Steven J. Lucks.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334)387-7680

## CERTIFICATE OF SERVICE

I hereby certify that on this July 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Manual Notice List

William Lanier Ellis, Sr. (Pro Se)
Russell County Jail
P.O. Box 640
Phenix City, AL 36868

/s/ E. Ham Wilson
OF COUNSEL

**BALL, MATTHEWS & NOVAK, P.A.**
ATTORNEYS AT LAW
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148

MONTGOMERY AL 361
24 JUN 2008

016H26501410
$00.420
Hasler
06/24/2008
Mailed From 36109
US POSTAGE

RETURN TO SENDER
NO LONGER AT THIS ADDRESS

William Lanier Ellis, S
Russell County Jail
P.O. Box 640
Phoenix City, AL 36868

---

**BALL, MATTHEWS & NOVAK, P.A.**
ATTORNEYS AT LAW
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148

NO LONGER AT THIS ADDRESS

016H26501410
$00.420
Hasler
06/25/2008
Mailed From 36109
US POSTAGE

William Lanier Ellis, Sr. (Pro Se)
Russell County Jail
P.O. Box 640
Phoenix City, AL 36868

36868+0640-40 B00A

---

**BALL, MATTHEWS & NOVAK, P.A.**
ATTORNEYS AT LAW
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148

MONTGOMERY AL 361

RETURN TO SENDER
NO LONGER AT THIS ADDRESS

Return to Sender

016H26501410
$00.420
Hasler
06/30/2008
Mailed From 36109
US POSTAGE

No longer here

William Lanier Ellis, Sr. (Pro Se)
Russell County Jail
P.O. Box 640
Phoenix City, AL 36868

**EXHIBIT A**