IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:08CV54-WKW |
| ) | |
| DR. STEVEN J. LUCKS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On July 17, 2008, defense counsel notified the court that defendant's attempts to serve copies of defendant's pleadings on the plaintiff have failed; the envelopes containing the pleadings were returned to counsel with the stamped notation, "Return to Sender[,] No Longer at This Address." (Doc. # 16). As the administration of this case cannot proceed if the plaintiff's whereabouts remain unknown to this court, it is

ORDERED that on or before August 21, 2008, the plaintiff shall file a notice indicating his current address.

It is further ORDERED that the remaining deadlines included within the scheduling order entered on May 29, 2008 (Doc. # 10) are CONTINUED generally.

The plaintiff is specifically cautioned that if he fails to respond to this order within the time allowed, the Magistrate Judge will recommend that this case be dismissed.

Done, this 7th day of August, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE