IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:08CV54-WKW |
| ) | |
| DR. STEVEN J. LUCKS, ) | |
| ) | |
| Defendant. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On July 17, 2008, defense counsel notified the court that defendant's attempts to serve copies of defendant's pleadings on the plaintiff have failed. The envelopes containing the pleadings were returned to counsel with the stamped notation, "Return to Sender[,] No Longer at This Address." (Doc. # 16). By order entered on August 6, 2008, the court directed plaintiff to file a notice indicating his current address on or before August 21, 2008 and advised plaintiff that the undersigned magistrate judge would recommend dismissal if plaintiff failed to do so. (Doc. # 17). This order also was returned by the United States Postal Service as undeliverable, and plaintiff has failed to file a change of address notice with the court. In orders entered in other civil actions filed by this plaintiff – which the plaintiff apparently actually received – the court advised plaintiff of the need to inform the court and the defendants of any new address immediately. (See Civil Action No. 3:07cv1095-MEF, Doc. # 7, ¶ 5(h); and Civil Action No. 3:08cv55-WKW, Doc. # 4, ¶ 8(h)).

As this case cannot proceed if the plaintiff's whereabouts remain unknown to this court, it is the RECOMMENDATION of the Magistrate Judge that this action be

DISMISSED without prejudice for the plaintiff's failure to prosecute this action and to comply with the order of this court.

The Clerk of the Court is ORDERED to file the Recommendation of the Magistrate Judge and to serve a copy on the parties to this action. The parties are DIRECTED to file any objections to this Recommendation on or before September 15, 2008. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. Resolution Trust Co. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993); Henley v. Johnson, 885 F.2d 790, 794 (11th Cir. 1989).

DONE, this 2nd day of September, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE