IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:08-CV-54-WKW |
| | ) (WO) |
| DR. STEVEN J. LUCKS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 18), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted and that this action is DISMISSED without prejudice for Plaintiff's failure to prosecute this action and to comply with the order of this court.

An appropriate judgment will be entered.

DONE this 22nd day of September, 2008.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE