IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR.,     ) | |
|                                       ) | |
|     Plaintiff,               ) | |
|                                       ) | |
| v.                                ) | CASE NO. 3:08-CV-54-WKW |
|                                       ) | (WO) |
| DR. STEVEN J. LUCKS,     ) | |
|                                       ) | |
|     Defendant.             ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT and DECREE of the court that this action is DISMISSED without prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

DONE this 22nd day of September, 2008.

                                                  /s/   W.  Keith Watkins
                                          UNITED STATES DISTRICT JUDGE